CO-386-online
10/03

# United States District Court
# For the District of Columbia

ARTHUR MIDDLETON, Derivatively on Behalf of )
FEDERAL NATIONAL MORTGAGE ASSOCIATION )
)
)
          vs    Plaintiff )    Civil Action No._____
)
Franklin D. Raines, et al. )
)
)
        Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __plaintiff Arthur Middleton__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Federal National Mortgage Association__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

489187
BAR IDENTIFICATION NO.

Benny G. Goodman III
Print Name

655 West Broadway, Suite 1900
Address

San Diego, CA  92101
City    State    Zip Code

619/231-1058
Phone Number