UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| Middleton v. Raines, et al. | Civil Action No. 1:07-cv-01221<br><br>Judge Richard J. Leon |

## CONSENT MOTION TO EXTEND TIME TO RESPOND

Nominal Defendant Fannie Mae ("Fannie Mae"), on behalf of individually named defendants Franklin D. Raines, J. Timothy Howard, Daniel H. Mudd, Stephen B. Ashley, Thomas P. Gerrity, Kenneth M. Duberstein, Ann Korologos, Frederic V. Malek, Donald B. Marron, Anne M. Mulcahy, Joe K. Pickett, Leslie Rahl, H. Patrick Swygert, John K. Wulff, and the plaintiff Arthur Middleton ("Middleton"), by their respective counsel, hereby respectfully requests that the Court extend the time for all of the above-named defendants to answer, move, or otherwise respond to Middleton's Complaint to September 14, 2007.

The parties agree that no provision of this motion shall constitute, or be argued to constitute, a waiver of any argument, defense, privilege or objection with respect to the merits, discovery or any procedural question in this or any other matter except as to the sufficiency of service of process herein.  The parties further agree that this motion does not preclude any party from seeking further extensions of time to respond to Middleton's complaint.

2

Dated: August 9, 2007

    /s/ Jeffrey W. Kilduff
Jeffrey W. Kilduff (D.C. Bar No. 426632)
Robert M. Stern (D.C. Bar No. 478742)
Natasha Colton (D.C. Bar No. 479647)
Michael J. Walsh, Jr. (D.C. Bar No. 483296)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006
T: 202/383-5300
F: 202/383-5414
***Counsel to Nominal Defendant Fannie Mae***

**CERTIFICATE OF SERVICE**

I certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

                                                  /s/ Michael J. Walsh, Jr.
                                                  Michael J. Walsh, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | **MDL No. 1668** |
| **Middleton v. Raines, et al.** | **Civil Action No. 1:07-cv-01221** <br><br> **Judge Richard J. Leon** |

## [PROPOSED] ORDER

The Court, after considering the Consent Motion to Extend Time to Respond, hereby

**ORDERS** that:

(a) The time for Franklin D. Raines, J. Timothy Howard, Daniel H. Mudd, Stephen B. Ashley, Thomas P. Gerrity, Kenneth M. Duberstein, Ann Korologos, Frederic V. Malek, Donald B. Marron, Anne M. Mulcahy, Joe K. Pickett, Leslie Rahl, H. Patrick Swygert, and John D. Wulff to respond to Middleton's Complaint is extended to September 14, 2007.

(b) Nothing in this Order shall constitute, or be argued to constitute, a waiver of any argument, defense, privilege or objection with respect to the merits, discovery or any procedural question in this or any other matter except as to the sufficiency of service of process herein

(c) Nothing in this Order precludes the above-named parties from seeking additional extensions of time to respond to Middleton's complaint.

IT IS SO **ORDERED** on this _____ day of _____, 2007.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE