UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES KELLMER, Derivatively on Behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                    Plaintiff,<br><br>   vs.<br><br>FRANKLIN D. RAINES, et al.,<br><br>                    Defendants,<br><br>   – and –<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally Chartered Corporation Governed by Delaware Law,<br><br>               Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil No. 1:07-cv-01173-RJL |

[Caption continued on following page.]

JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE

| | | |
|---|---|---|
| ARTHUR MIDDLETON, Derivatively on Behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FRANKLIN D. RAINES, et al.,<br><br>Defendants,<br><br>– and –<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally Chartered Corporation Governed by Delaware Law,<br><br>Nominal Party. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 1:07-cv-01221-RJL |
| In re FEDERAL NATIONAL MORTGAGE ASSOCIATION SECURITIES, DERIVATIVE & "ERISA" LITIGATION | ) ) ) ) ) | MDL No. 1668 |

Plaintiffs Arthur Middleton and James Kellmer hereby move this Court for an order establishing a briefing schedule regarding plaintiff James Kellmer's Motion to Consolidate Derivative Cases and Appoint Lead Counsel (the "Motion"). Currently Middleton's response to the Motion is due to be filed on August 10, 2007. Both counsel for Kellmer and Middleton agree that a 45-day extension of time to respond to the Motion is warranted in order to facilitate negotiations that might resolve the Motion without further briefing.

Accordingly, plaintiffs Middleton and Kellmer respectfully request that the Court enter the following briefing schedule:

1.     Middleton's Response to the Motion is due on or before September 24, 2007;

2.     Kellmer's Reply in Support of the Motion is due on or before October 15, 2007; and

3.     The Case Management Conference currently scheduled for August 30, 2007 at 2:30 p.m. shall be rescheduled for October 25, 2007 at 2:30 p.m. or such other date and time the Court deems appropriate.

DATED: August 9, 2007           LERACH COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP
                                DARREN J. ROBBINS
                                RANDALL J. BARON
                                A. RICK ATWOOD, JR.
                                BENNY C. GOODMAN III (D.C. Bar #489187)

                                        s/ Benny C. Goodman III
                            BENNY C. GOODMAN III (D.C. Bar #489187)

                                655 West Broadway, Suite 1900
                                San Diego, CA 92101
                                Telephone: 619/231-1058
                                619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
NANCY M. JUDA, (D.C. Bar #445487)
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-2024
202/828-8528 (fax)

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA  19087
Telephone:  610/225-2677
610/225-2678 (fax)

BARRETT, JOHNSTON & PARSLEY
GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
217 Second Avenue, North
Nashville, TN  37201-1601
Telephone:  615/244-2202
615/252-3798 (fax)

Attorneys for Plaintiff Arthur Middleton

DATED:  August 9, 2007          CUNEO, GILBERT & LADUCA, LLP
                                JONATHAN W. CUNEO
                                ROBERT J. CYNKAR
                                DAVID W. STANLEY
                                WILLIAM ANDERSON

                                _____
                                      s/ Jonathan W. Cuneo
                                   JONATHAN W. CUNEO

- 2 -

507 C Street, N.E.
Washington, D.C.  20002
Telephone:  202/789-3960

GREENFIELD & GOODMAN, LLC
RICHARD D. GREENFIELD
7426 Tour Drive
Easton, MC  21601
Telephone:  401/745-4149

ANN MILLER, LLC
ANN MILLER
834 Chestnut Street, Suite 206
Philadelphia, PA  19107
Telephone:  215/238-0468

Attorneys for Plaintiff James Kellmer

S:\CasesSD\Fannie Mae Derv\mot00044386.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on August 9, 2007.

s/ Benny C. Goodman III
BENNY C. GOODMAN III

LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:BennyG@lerachlaw.com

# Mailing Information for a Case 1:07-cv-01221-RJL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benny C. Goodman , III**
  bgoodman@lerachlaw.com

- **Michael J. Walsh , Jr**
  mwalsh@omm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES KELLMER, Derivatively on Behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) ) ) ) | Civil No. 1:07-cv-01173-RJL |
|        Plaintiff, | ) ) | |
|   vs. | ) ) | |
| FRANKLIN D. RAINES, et al., | ) ) | |
|        Defendants, | ) ) | |
|   – and – | ) ) | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally Chartered Corporation Governed by Delaware Law, | ) ) ) ) | |
|        Nominal Defendant. | ) ) ) | |

[Caption continued on following page.]

[PROPOSED] ORDER GRANTING JOINT MOTION TO ESTABLISH BRIEFING
SCHEDULE

| | | |
|---|---|---|
| ARTHUR MIDDLETON, Derivatively on Behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) ) ) ) | Civil No. 1:07-cv-01221-RJL |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| FRANKLIN D. RAINES, et al., | ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally Chartered Corporation Governed by Delaware Law, | ) ) ) ) | |
| Nominal Party. | ) ) | |
| In re FEDERAL NATIONAL MORTGAGE ASSOCIATION SECURITIES, DERIVATIVE & "ERISA" LITIGATION | ) ) ) ) ) | MDL No. 1668 |

It is hereby ORDERED by the Court that Plaintiffs' Joint Motion to Establish Briefing

Schedule is GRANTED, and the briefing schedule is as follows:

1.      Middleton's Response to the Motion to Consolidate Derivative Cases and Appoint

Lead Counsel (the "Motion") is due on or before September 24, 2007;

2.      Kellmer's Reply in Support of the Motion is due on or before October 15, 2007; and

3.      The Case Management Conference currently scheduled for August 30, 2007 at 2:30

p.m. is rescheduled for _____.

       IT IS SO ORDERED.

DATED:  _____          _____
                                       THE HONORABLE RICHARD J. LEON
                                       UNITED STATES DISTRICT JUDGE

Submitted by:


LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RANDALL J. BARON
A. RICK ATWOOD, JR.
BENNY C. GOODMAN III (D.C. Bar #489187)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
NANCY M. JUDA, (D.C. Bar #445487)
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-2024
202/828-8528 (fax)

- 2 -

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA  19087
Telephone:  610/225-2677
610/225-2678 (fax)

BARRETT, JOHNSTON & PARSLEY
GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
217 Second Avenue, North
Nashville, TN  37201-1601
Telephone:  615/244-2202
615/252-3798 (fax)

Attorneys for Plaintiff Arthur Middleton

CUNEO, GILBERT & LADUCA, LLP
JONATHAN W. CUNEO
ROBERT J. CYNKAR
DAVID W. STANLEY
WILLIAM ANDERSON
507 C Street, N.E.
Washington, D.C.  20002
Telephone:  202/789-3960

GREENFIELD & GOODMAN, LLC
RICHARD D. GREENFIELD
7426 Tour Drive
Easton, MC  21601
Telephone:  401/745-4149

ANN MILLER, LLC
ANN MILLER
834 Chestnut Street, Suite 206
Philadelphia, PA  19107
Telephone:  215/238-0468

Attorneys for Plaintiff James Kellmer

S:\CasesSD\Fannie Mae Derv\ord00044387.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on August 9, 2007.

s/ Benny C. Goodman III
BENNY C. GOODMAN III

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:BennyG@lerachlaw.com

# Mailing Information for a Case 1:07-cv-01221-RJL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benny C. Goodman , III**
  bgoodman@lerachlaw.com

- **Michael J. Walsh , Jr**
  mwalsh@omm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)