UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR MIDDLETON, Derivatively on Behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Plaintiff, <br><br> vs. <br><br> FRANKLIN D. RAINES, et al., <br><br> Defendants, <br><br> – and – <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally Chartered Corporation Governed by Delaware Law, <br><br> Nominal Party. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil No. 1:07-cv-01221-RJL |

MOTION FOR ADMISSION *PRO HAC VICE* OF RANDALL J. BARON

COMES NOW the undersigned as the sponsoring member of the Bar of this Court and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Randall J. Baron to appear and participate in proceedings in this Court in the above referenced action as counsel for plaintiff Arthur Middleton.  The grounds for this motion are set forth in the attached hereto and incorporated herein signed declaration of Mr. Baron.

The undersigned is a member in good standing of the Bar of the United States District Court of the District of Columbia with whom Mr. Baron will be associated in this case.

WHEREFORE, for these and other reasons, we respectfully request the Court to grant this Motion and enter the Order for admission *pro hac vice*.

DATED:  August 27, 2007                 Respectfully submitted,

                                        LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                        DARREN J. ROBBINS
                                        RANDALL J. BARON
                                        A. RICK ATWOOD, JR.
                                        BENNY C. GOODMAN III (D.C. Bar #489187)


                                                s/ Benny C. Goodman III
                                        BENNY C. GOODMAN III (D.C. Bar #489187)

                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)

- 1 -

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
NANCY M. JUDA, (D.C. Bar #445487)
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-2024
202/828-8528 (fax)

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA  19087
Telephone:  610/225-2677
610/225-2678 (fax)

BARRETT, JOHNSTON & PARSLEY
GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
217 Second Avenue, North
Nashville, TN  37201-1601
Telephone:  615/244-2202
615/252-3798 (fax)

Attorneys for Plaintiff

S:\CasesSD\Fannie Mae Derv\MOT00044921.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on August 27, 2007.

s/ Benny C. Goodman III
BENNY C. GOODMAN III

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:BennyG@lerachlaw.com

# Mailing Information for a Case 1:07-cv-01221-RJL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benny C. Goodman , III**
  bgoodman@lerachlaw.com

- **Michael J. Walsh , Jr**
  mwalsh@omm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARTHUR MIDDLETON, Derivatively on Behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) ) ) ) | Civil No. 1:07-cv-01221-RJL |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| FRANKLIN D. RAINES, et al., | ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally Chartered Corporation Governed by Delaware Law, | ) ) ) ) | |
| Nominal Party. | ) ) ) | |

DECLARATION OF RANDALL J. BARON IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE*

RANDALL J. BARON hereby certifies that:

1.    My full name is Randall J. Baron;

2.    My address and telephone number is:

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
Facsimile:  619/231-7423

3.    I have been admitted to practice law in the courts of the States of California and

Colorado, and the Southern, Northern and Central Districts of California.

4.    I am in good standing with all of the referenced Courts and have not been disciplined

by any bar.

5.    Within the past two years, Mr. Baron has been admitted pro hac vice in the following

action:

- *In re Fannie Mae Deriv. Litig.*, Case No. 1:04-cv-01783.


                                          s/ Randall J. Baron
                                          RANDALL J. BARON


S:\CasesSD\Fannie Mae Derv\DEC00044923.doc

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 27, 2007.

s/ Benny C. Goodman III
BENNY C. GOODMAN III

LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:BennyG@lerachlaw.com

# Mailing Information for a Case 1:07-cv-01221-RJL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benny C. Goodman , III**
  bgoodman@lerachlaw.com

- **Michael J. Walsh , Jr**
  mwalsh@omm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARTHUR MIDDLETON, Derivatively on Behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) ) ) ) | Civil No. 1:07-cv-01221-RJL |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| FRANKLIN D. RAINES, et al., | ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally Chartered Corporation Governed by Delaware Law, | ) ) ) ) | |
| Nominal Party. | ) ) | |
| | ) | |

[PROPOSED] ORDER

- 1 -

Upon consideration of the motion of Benny C. Goodman III, D.C. Bar Number 489187, active member of the Bar of this Court, for the admission *pro hac vice* of Randall J. Baron, and for good cause shown, it is HEREBY ORDERED THAT the Motion for Admission *Pro Hac Vice* of Randall J. Baron is GRANTED, and that Randall J. Baron be, and the same hereby is, admitted *pro hac vice* to appear and participate as counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

IT IS SO ORDERED.

DATED: _____    _____
                                 THE HONORABLE RICHARD J. LEON
                                 DISTRICT COURT JUDGE

S:\CasesSD\Fannie Mae Derv\ORD00044924.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on August 27, 2007.


s/ Benny C. Goodman III
BENNY C. GOODMAN III

LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:BennyG@lerachlaw.com

# Mailing Information for a Case 1:07-cv-01221-RJL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benny C. Goodman , III**
  bgoodman@lerachlaw.com

- **Michael J. Walsh , Jr**
  mwalsh@omm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)