UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR MIDDLETON, Derivatively on Behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>     Plaintiff,<br><br> vs.<br><br>FRANKLIN D. RAINES, et al.,<br><br>     Defendants,<br><br> – and –<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally Chartered Corporation Governed by Delaware Law,<br><br>     Nominal Party. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 1:07-cv-01221-RJL |

NOTICE OF FIRM NAME CHANGE

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

DATED: September 6, 2007
         COUGHLIN STOIA GELLER
           RUDMAN & ROBBINS LLP
         DARREN J. ROBBINS
         RANDALL J. BARON
         A. RICK ATWOOD, JR.
         BENNY C. GOODMAN III (D.C. Bar #489187)

          s/ BENNY C. GOODMAN III
           BENNY C. GOODMAN III (D.C. Bar #489187)

         655 West Broadway, Suite 1900
         San Diego, CA 92101
         Telephone: 619/231-1058
         619/231-7423 (fax)

         COUGHLIN STOIA GELLER
           RUDMAN & ROBBINS LLP
         NANCY M. JUDA, (D.C. Bar #445487)
         1100 Connecticut Avenue, N.W., Suite 730
         Washington, DC 20036
         Telephone: 202/822-2024
         202/828-8528 (fax)

- 2 -

        THE WEISER LAW FIRM, P.C.
        ROBERT B. WEISER
        121 N. Wayne Avenue, Suite 100
        Wayne, PA 19087
        Telephone: 610/225-2677
        610/225-2678 (fax)

        BARRETT, JOHNSTON & PARSLEY
        GEORGE E. BARRETT
        DOUGLAS S. JOHNSTON, JR.
        TIMOTHY L. MILES
        217 Second Avenue, North
        Nashville, TN 37201-1601
        Telephone: 615/244-2202
        615/252-3798 (fax)

        Attorneys for Plaintiff

S:\Notice Information\Fannie Mae Derv fd2.name change.doc

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 6, 2007.

          s/ BENNY C. GOODMAN III
          BENNY C. GOODMAN III

          COUGHLIN STOIA GELLER
              RUDMAN & ROBBINS LLP
          655 West Broadway, Suite 1900
          San Diego, CA 92101-3301
          Telephone: 619/231-1058
          619/231-7423 (fax)

          E-mail: bennyg@csgrr.com

# Mailing Information for a Case 1:07-cv-01221-RJL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benny C. Goodman , III**
  bgoodman@lerachlaw.com

- **Michael J. Walsh , Jr**
  mwalsh@omm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`