UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| Middleton v. Raines, et al. | Civil Action No. 1:07-cv-01221<br><br>Judge Richard J. Leon |

**CONSENT MOTION TO EXTEND TIME
FOR DEFENDANTS TO FILE MOTIONS TO DISMISS**

Nominal Party Fannie Mae, on behalf of Defendants Franklin D. Raines, J. Timothy Howard, Daniel H. Mudd, Kenneth M. Duberstein, Stephen B. Ashley, Thomas P. Gerrity, Ann Korologos, Frederic V. Malek, Donald B. Marron, Joe K. Pickett, Leslie Rahl, H. Patrick Swygert, Anne M. Mulcahy, and John K. Wulff and with the consent of Plaintiff Arthur Middleton, hereby respectfully requests that the Court extend the schedule for the filing of Defendants' Motions to Dismiss Plaintiff's complaint based on the jurisdictional issues raised during the August 30, 2007 hearing before this Court. The Parties respectfully request a schedule as follows:

a. Defendants' motions to dismiss will be due on or before October 3, 2007;

b. Plaintiff's opposition to Defendants' motions to dismiss will be due on or before November 2, 2007; and

c. Defendants' replies in support of their motions to dismiss will be due on or before November 9, 2007.

2

Defendants preserve their right to seek dismissal of Middleton's complaint on all other grounds including, but not limited to, failure to state a claim, expiration of the applicable statute of limitations and/or other procedural defects until such time, if ever, as the Court might deny Defendants' Motions to Dismiss on threshold jurisdictional issues.

Dated: September 27, 2007.  /s/ Jeffrey W. Kilduff
Jeffrey W. Kilduff (D.C. Bar No. 426632)
Robert M. Stern (D.C. Bar No. 478742)
Natasha Colton (D.C. Bar No. 479647)
Michael J. Walsh, Jr. (D.C. Bar No. 483296)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006
T: 202/383-5300
F: 202/383-5414
***Counsel to Defendant Fannie Mae***

**CERTIFICATE OF SERVICE**

    I certify that on September 27, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

                                        /s/ Michael J. Walsh, Jr.
                                        Michael J. Walsh, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | **MDL No. 1668** |
| **Middleton v. Raines, et al.** | **Civil Action No. 1:07-cv-01221**<br><br>**Judge Richard J. Leon** |

### [PROPOSED] ORDER

The Court, after considering the Consent Motion to Extend Time for Defendants to File Motions to Dismiss, hereby **ORDERS** that the motion is granted. The Court sets the following briefing schedule:

a. Defendants' motions to dismiss are due on or before October 3, 2007;

b. Plaintiff's opposition to Defendants' motions to dismiss are due on or before November 2, 2007; and

c. Defendants' replies in support of their motions to dismiss are due on or before November 9, 2007.

This order applies only with respect to motions to dismiss on those jurisdictional issues raised during the August 30, 2007 hearing before this Court.

IT IS SO **ORDERED** on this _____ day of _____, 2007.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE