UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation | MDL NO. 1668 |
| Middleton v. Raines, et al. | Civil Action No. 1:07-cv-01221<br><br>Judge Richard J. Leon |

### DEFENDANT FRANKLIN D. RAINES'S MOTION TO DISMISS MIDDLETON'S SHAREHOLDER DERIVATIVE COMPLAINT

Defendant Franklin D. Raines respectfully joins in Fannie Mae's Motion to Dismiss Middleton's Shareholder Derivative Complaint and requests that the Complaint be dismissed for the reasons set forth in Fannie Mae's Memorandum of Law.

A proposed order is attached.

Dated: October 4, 2007

Respectfully submitted,

/s/ Kevin M. Downey
Kevin M. Downey (D.C. Bar No. 438547)
Alex G. Romain (D.C. Bar No. 468508)
Joseph M. Terry (D.C. Bar No. 473095)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
202-434-5614 (phone)
202-434-5029 (facsimile)

*Counsel for Defendant Franklin D. Raines*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| Middleton v. Raines, et al. | Civil Action No. 1:07-cv-01221<br><br>Judge Richard J. Leon |

### [PROPOSED] ORDER

The Court, after considering Fannie Mae's Motion to Dismiss, hereby **ORDERS** that the motion is granted.

IT IS SO **ORDERED** on this _____ day of _____, 2007.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that on October 4, 2007, I electronically filed the foregoing Defendant Franklin D. Raines's Motion to Dismiss the Middleton Derivative Shareholder Complaint with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Joseph M. Terry
Joseph M. Terry