AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Middleton

        Plaintiff(s)

vs.

Raines, et al.

        Defendant(s)

**APPEARANCE**

CASE NUMBER  1:07-cv-01221

To the Clerk of this court and all parties of record:

Please enter the appearance of __Holly Pal__ as counsel in this
                              (Attorney's Name)

case for: __J. Timothy Howard__
           (Name of party or parties)

10/05/2007
Date

49073
BAR IDENTIFICATION

*/s/ Holly Pal*
Signature

Holly Pal
Print Name

Zuckerman Spaeder LLP
Address

1800 M St. N.W., Washington D.C. 20036
City    State    Zip Code

202-778-1800
Phone Number

# CERTIFICATE OF SERVICE

I certify that on October 5, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Holly A. Pal
Holly A. Pal

1505915.1