AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# for the District of Columbia

Middleton

        Plaintiff(s)      ) **APPEARANCE**

        vs.      ) CASE NUMBER 1:07-cv-01221

Raines, et al.

        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Eric Delinsky___ as counsel in this
                                      (Attorney's Name)

case for: ___J. Timothy Howard___
                (Name of party or parties)

10/05/2007
Date

*[signature]*
Signature

460958
BAR IDENTIFICATION

Eric Delinsky
Print Name

Zuckerman Spaeder LLP
Address

1800 M St. N.W. Washington D.C. 20036
City      State      Zip Code

202-778-1800
Phone Number

## CERTIFICATE OF SERVICE

I certify that on October 5, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Eric Delinsky
Eric Delinsky