UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation** | **MDL NO. 1668** |
| **Middleton v. Raines, et al.** | **Civil Action No. 1:07-cv-01221** <br><br> **Judge Richard J. Leon** |

## DEFENDANT J TIMOTHY HOWARD'S MOTION TO DISMISS MIDDLETON'S SHAREHOLDER DERIVATIVE COMPLAINT

Defendant J. Timothy Howard joins in Nominal Defendant Fannie Mae's Motion to Dismiss Middleton's Shareholder Derivative Complaint (the "Complaint") and respectfully requests that the Complaint be dismissed for the reasons set forth in Fannie Mae's Memorandum of Law.

A proposed order is attached.

Dated:  October 5, 2007                        Respectfully submitted,

/s/ Eric Delinsky
Steven M. Salky (D.C. Bar No. 360175)
Eric R. Delinsky (D.C. Bar No. 460958)
Holly A. Pal (D.C. Bar No. 490737)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036-5802
202-778-1800 (phone)
202-822-8106 (facsimile)

*Counsel for Defendant J. Timothy Howard*

1

**CERTIFICATE OF SERVICE**

I certify that on October 5, 2007, I electronically filed the foregoing Defendant J. Timothy Howard's Motion to Dismiss the Middleton Derivative Shareholder Complaint with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Holly A. Pal    _
Holly A. Pal

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | MDL No. 1668 |
| **Middleton v. Raines, et al.** | Civil Action No. 1:07-cv-01221<br><br>Judge Richard J. Leon |

### [PROPOSED] ORDER

The Court, after considering Fannie Mae's Motion to Dismiss, hereby **ORDERS** that the motion is granted.

**IT IS SO ORDERED** on this _____ day of _____, 2007.

```
                                        _____
                                        RICHARD J. LEON
                                        UNITED STATES DISTRICT JUDGE
```