UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR MIDDLETON,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANKLIN D. RAINES, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:07-cv-01221 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address and telephone number have changed for the Washington, D.C. office of DLA Piper US LLP, counsel for defendants Stephen B. Ashley, Ann McLaughlin Korologos and Donald B. Marron. The new address, telephone number and facsimile number for that office are:

>DLA Piper US LLP
>500 8th Street, N.W.
>Washington, D.C. 20004
>Tel (202) 799-4000
>Fax (202) 799-5000

Dated: Washington, D.C.
      October 26, 2007                     Respectfully submitted,

Of Counsel:                               By: /s/ Cristen E. Sikes
                                             Cristen E. Sikes (D.C. Bar No. 473461)
John J. Clarke, Jr.                DLA Piper US LLP
DLA PIPER US LLP           500 8th Street, N.W.
1251 Avenue of the Americas    Washington, D.C. 20004
New York, New York 10020     Tel (202) 799-4000
(212) 335-4500                   Fax (202) 799-5000
john.clarke@dlapiper.com      cristen.rose@dlapiper.com

                                            Attorneys for Stephen B. Ashley, Ann McLaughlin Korologos and Donald B. Marron

## CERTIFICATE OF SERVICE

I certify that on October 26, 2007, I electronically filed the foregoing Defendants' Notice of Change of Address with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record who are registered on the CM/ECF system.

/s/ Cristen E. Sikes
Cristen E. Sikes

WASH1\4935218.1
313932-20