UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR MIDDLETON, Derivatively on Behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>     Plaintiff,<br><br> vs.<br><br>FRANKLIN D. RAINES, et al.,<br><br>     Defendants,<br><br> – and –<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally Chartered Corporation Governed by Delaware Law,<br><br>     Nominal Party. | Civil No. 1:07-cv-01221-RJL |

CONSENT MOTION MODIFYING BRIEFING SCHEDULE
ON DEFENDANTS' MOTIONS TO DISMISS

Due to the San Diego fires, and the disruption of work schedules caused by the mandatory emergency evacuation of certain of plaintiff's counsel as a result of the fires, plaintiff Arthur Middleton, with the consent of defendants, hereby moves this Court for an order modifying the current briefing schedule on defendants' motions to dismiss. Currently plaintiff's response to defendants' motions to dismiss is due November 2, 2007, and defendants' replies are due November 9, 2007. An extension to November 16, 2007, for plaintiff's response to defendants' motions to dismiss, and November 30, 2007, for defendants' replies is hereby requested.

Accordingly, the parties respectfully request that the Court enter the following briefing schedule:

1. Middleton's response to defendants' motions to dismiss is due on or before November 16, 2007;

2. Defendants' reply briefs in support of their motions to dismiss are due on or before November 30, 2007; and

3. A hearing on defendants' motions to dismiss will be held on December 17, 2007, at 1:00 p.m.

DATED: October 30, 2007      COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
       DARREN J. ROBBINS
       RANDALL J. BARON
       A. RICK ATWOOD, JR.
       BENNY C. GOODMAN III (D.C. Bar #489187)


          /s BENNY C. GOODMAN III
       BENNY C. GOODMAN III (D.C. Bar #489187)

       655 West Broadway, Suite 1900
       San Diego, CA  92101
       Telephone:  619/231-1058
       619/231-7423 (fax)

- 1 -

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
NANCY M. JUDA, (D.C. Bar #445487)
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-2024
202/828-8528 (fax)

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA  19087
Telephone:  610/225-2677
610/225-2678 (fax)

BARRETT, JOHNSTON & PARSLEY
GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
217 Second Avenue, North
Nashville, TN  37201-1601
Telephone:  615/244-2202
615/252-3798 (fax)

Attorneys for Plaintiff

S:\CasesSD\Fannie Mae Derv\mtn brf sch mtd.doc

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 30, 2007.

                                        s/ BENNY C. GOODMAN III
                                        BENNY C. GOODMAN III

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:bennyg@csgrr.com

# Mailing Information for a Case 1:07-cv-01221-RJL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randall J. Baron**
  randyb@csgrr.com,jaimem@csgrr.com,e_file_sd@csgrr.com

- **Eric R. Delinsky**
  edelinsky@zuckerman.com

- **Benny C. Goodman , III**
  bgoodman@csgrr.com

- **Holly Ann Pal**
  hpal@zuckerman.com

- **Joseph Marshall Terry , Jr**
  jterry@wc.com

- **Michael J. Walsh , Jr**
  mwalsh@omm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR MIDDLETON, Derivatively on Behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br> vs.<br><br>FRANKLIN D. RAINES, et al.,<br><br>    Defendants,<br><br> – and –<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally Chartered Corporation Governed by Delaware Law,<br><br>    Nominal Party. | Civil No. 1:07-cv-01221-RJL |

[PROPOSED] ORDER

It is hereby ORDERED by the Court that the Consent Motion Modifying Briefing Schedule on Defendants' Motions to Dismiss is GRANTED, and the briefing schedule is as follows:

1. Plaintiff's response to defendants' motions to dismiss is due on or before November 16, 2007;

2. Defendants' reply briefs in support of their motions to dismiss are due on or before November 30, 2007; and

3. A hearing on defendants' motions to dismiss will be held on December 17, 2007, at 1:00 p.m.

IT IS SO ORDERED.

DATED: _____    _____
                                THE HONORABLE RICHARD J. LEON
                                UNITED STATES DISTRICT JUDGE

S:\CasesSD\Fannie Mae Derv\ord brf sch mtd.doc

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 30, 2007.

s/ BENNY C. GOODMAN III
BENNY C. GOODMAN III

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:bennyg@csgrr.com

# Mailing Information for a Case 1:07-cv-01221-RJL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randall J. Baron**
  randyb@csgrr.com,jaimem@csgrr.com,e_file_sd@csgrr.com

- **Eric R. Delinsky**
  edelinsky@zuckerman.com

- **Benny C. Goodman , III**
  bgoodman@csgrr.com

- **Holly Ann Pal**
  hpal@zuckerman.com

- **Joseph Marshall Terry , Jr**
  jterry@wc.com

- **Michael J. Walsh , Jr**
  mwalsh@omm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)