AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Middleton

        Plaintiff(s)   )   **APPEARANCE**
           vs.   )   CASE NUMBER   1:07-cv-01221

Raines, et al.

        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Steven M. Salky  as counsel in this
                             (Attorney's Name)

case for:  J. Timothy Howard
            (Name of party or parties)

11/06/2007
Date

_____
Signature
Steven M. Salky
Print Name

360175
BAR IDENTIFICATION

Zuckerman Spaeder LLP
Address

1800 M St. N.W., Washington, DC 20036
City    State    Zip Code

(202) 778-1800
Phone Number

## CERTIFICATE OF SERVICE

I certify that on November 6, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Steven M. Salky
Steven M. Salky