UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re Federal National Mortgage Association :
Securities, Derivative, and "ERISA"        :   MDL No. 1668
Litigation                                  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:   Civil Action No.: 1:07-CV-01221
Middleton v. Raines, et al.                 :
:   Judge Richard J. Leon
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CONSENT MOTION TO EXTEND THE TIME FOR DEFENDANTS
THE GOLDMAN SACHS GROUP, INC. AND GOLDMAN, SACHS & CO.
TO RESPOND TO THE COMPLAINT**

Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co. (collectively "Goldman Sachs") and the Plaintiff Arthur Middleton ("Middleton"), by their respective counsel, hereby stipulate and respectfully request that the Court enter an order extending Goldman Sachs' time to respond to Middleton's Complaint to thirty days after a decision on Fannie Mae's pending motion to dismiss Middleton's Complaint, dated October 3, 2007 (Dkt. No. 14).

A proposed order is attached.

Dated: November 21, 2007

                                            COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP

                                            /s/ Randall J. Baron
                                            Darren J. Robbins
                                            Randall J. Baron
                                            A. Rick Atwood, Jr.
                                            Benny C. Goodman III
                                            655 West Broadway, Suite 1900
                                            San Diego, CA 92101

Telephone No.: (619) 231-1058
Facsimile: (619) 231-7423

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Nancy M. Juda
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC 20036
Telephone No.: (202) 822-2024
Facsimile: (202) 828-8528

*Counsel for Plaintiff*


SULLIVAN & CROMWELL LLP

/s/ Daryl A. Libow
Daryl A. Libow
1701 Pennsylvania Avenue, NW
Washington, District of Columbia 20006
Telephone No.: (202) 956-7500
Facsimile: (202) 293-6330

Richard H. Klapper
Michael T. Tomaino, Jr.
Patrice A. Rouse
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone No.: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for The Goldman Sachs Group, Inc. and Goldman, Sachs & Co.*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re Federal National Mortgage Association :
Securities, Derivative, and "ERISA"         :   MDL No. 1668
Litigation                                   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:   Civil Action No.: 1:07-CV-01221
Middleton v. Raines, et al.                 :
:   Judge Richard J. Leon
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **[PROPOSED] ORDER**

Upon consideration of the Consent Motion to Extend the Time for Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co. to Respond to the Complaint, it is hereby:

**ORDERED,** that the time for Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co. to respond to Plaintiff Arthur Middleton's Complaint is extended to thirty days after a decision on Fannie Mae's pending motion to dismiss Middleton's Complaint, dated October 3, 2007 (Dkt. No. 14).

Dated: _____, 2007

_____
Richard J. Leon
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2007 I caused a copy of the foregoing Consent Motion to Extend the Time for Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co. to Respond to the Complaint to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF system.

                                                /s/ Patrice A. Rouse
                                                Patrice A. Rouse