UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | **MDL No. 1668** |
| **Middleton v. Raines, et al.** | **Civil Action No. 1:07-cv-01221**<br><br>**Judge Richard J. Leon** |

### JOINT NOTICE REGARDING SUPPLEMENTAL BRIEFING

The parties have conferred and agree that they will be relying on the arguments and authorities set forth in the briefing already before the Court. Therefore, neither party intends to submit a supplemental brief.

Dated: January 4, 2008

| | |
|---|---|
|    /s/ Michael J. Walsh, Jr.          |    /s/ Benny C. Goodman III        |
| Jeffrey W. Kilduff (D.C. Bar No. 426632) | Benny C. Goodman III |
| Robert M. Stern (D.C. Bar No. 478742) | Coughlin Stoia Geller Rudman & Robbins |
| Natasha Colton (D.C. Bar No. 479647) | LLP |
| Michael J. Walsh, Jr. (D.C. Bar No. 483296) | 655 West Broadway, Suite 1900 |
| O'Melveny & Myers LLP | San Diego, CA  92101-3301 |
| 1625 Eye Street, N.W. | T:  619/231-3301 |
| Washington, DC  20006 | F:  619/231-7423 |
| T:  202/383-5300 | *Counsel to Plaintiff Arthur Middleton* |
| F:  202/383-5414 | |
| *Counsel to Nominal Defendant Fannie Mae* | |

**CERTIFICATE OF SERVICE**

I certify that on January 4, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

        /s/ Michael J. Walsh, Jr.
        Michael J. Walsh, Jr.