UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| Middleton v. Raines, et al. | Civil Action No. 1:07-cv-01221<br><br>Judge Richard J. Leon |

## NOTICE OF FILING – RELATED CASE

On January 25, 2008, Fannie Mae filed a notice in this action of a related shareholder derivative action currently pending before Judge Friedman and committed to notifying the Court if and when the plaintiff in that action filed additional papers. Plaintiff Arthur filed the attached papers today. Fannie Mae and the individually named defendants in the Arthur action do not intend to file additional papers, so briefing on the issue of whether that action is in fact related to this one is now complete.

Dated:  February 4, 2008

                                               /s/ Michael J. Walsh, Jr.
Jeffrey W. Kilduff (D.C. Bar No. 426632)
Robert M. Stern (D.C. Bar No. 478742)
Michael J. Walsh, Jr. (D.C. Bar No. 483296)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006
T:  202/383-5300
F:  202/383-5414
*Counsel to Nominal Defendant Fannie Mae*

## **CERTIFICATE OF SERVICE**

I certify that on February 4, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.


            /s/ Michael J. Walsh, Jr.
            Michael J. Walsh, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | MDL No. 1668 |
| **Middleton v. Raines, et al.** | Civil Action No. 1:07-cv-01221<br><br>Judge Richard J. Leon |

### NOTICE OF FILING – RELATED CASE

On January 25, 2008, Fannie Mae filed a notice in this action of a related shareholder derivative action currently pending before Judge Friedman and committed to notifying the Court if and when the plaintiff in that action filed additional papers. Plaintiff Arthur filed the attached papers today. Fannie Mae and the individually named defendants in the Arthur action do not intend to file additional papers, so briefing on the issue of whether that action is in fact related to this one is now complete.

Dated: February 4, 2008

                                                               /s/ Michael J. Walsh, Jr.
Jeffrey W. Kilduff (D.C. Bar No. 426632)
Robert M. Stern (D.C. Bar No. 478742)
Michael J. Walsh, Jr. (D.C. Bar No. 483296)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006
T:  202/383-5300
F:  202/383-5414
*Counsel to Nominal Defendant Fannie Mae*

**CERTIFICATE OF SERVICE**

I certify that on February 4, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

                                                  /s/ Michael J. Walsh, Jr.
                                                  Michael J. Walsh, Jr.